SSN: 2292

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 16  PM 12: 41

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CALVIN HAYES, SR. | * | CIVIL ACTION |
| Plaintiff, | * | NUMBER: 05-2782 |
| vs. | * | SECTION: "I" (5) |
| JO ANNE BARNHART, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | * | |
| Defendant. | * * * | |

## JUDGMENT

After consideration of Defendant's Unopposed Motion to Remand, the Court finds that the Motion is well-taken and should be granted. Therefore, the Court,

**ORDERS, ADJUDGES AND DECREES** that the above-captioned matter be reversed and remanded under the sixth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for the purpose of conducting further proceedings.

New Orleans, Louisiana this 11 day of Nov., 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee____
___ Process____
_X_ Dktd____
_✓_ CtRmDep____
___ Doc. No____