UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA


CALVIN HAYES, SR.                              CIVIL ACTION

VERSUS                                         NUMBER: 05-2782

JO ANNE B. BARNHART,                           SECTION: "I"(5)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION


                            **O R D E R**

    The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

    Accordingly,

    **IT IS ORDERED** that plaintiff's motion for summary judgment is **DENIED** and that defendant's motion for summary judgment is **GRANTED**

New Orleans, Louisiana, this __2nd__ day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE